UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 1:06-CR-57-01

v.

Hon. Richard Alan Enslen

SEAN JASON BARRY,

**ORDER**

        Defendants.
_____/

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge filed July 10, 2007, is **APPROVED AND ADOPTED** as the Opinion and Findings of this Court.

2. Defendant Sean Jason Barry's plea of guilty to the Felony Information is accepted. Defendant Sean Jason Barry is adjudicated guilty.

        /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:     RICHARD ALAN ENSLEN
   August 30, 2007         SENIOR UNITED STATES DISTRICT JUDGE